```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 12181
    DENISE M ST CLAIR
    ALAN LEE ST CLAIR                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0479     SSN XXX-XX-6860
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/13/08 and confirmed on 09/17/08.

2. The case was dismissed after confirmation, 12/19/2008.

3. The Debtor paid a total of $ 9796.10 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 30655.18 | .00 | .00 |
| LAKEWOOD CREEK HOMEOWNER | SECURED | .00 | .00 | .00 |
| KENDALL COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 35596.98 | 905.93 | 4080.14 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ARGENT II | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| AURORA RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 652.65 | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MENORIAL HOS | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY WEST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |

```
VALLEY IMAGING CONSULTAN UNSECURED      NOT FILED            .00            .00
VALLEY IMAGING CONSULTAN UNSECURED      NOT FILED            .00            .00
CAPITAL ONE AUTO FINANCE UNSECURED         533.50            .00            .00
        Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  66252.16         .00      1186.15         .00      67438.31
PRINCIPAL PAID       4080.14         .00          .00         .00       4080.14
INTEREST PAID         905.93         .00          .00         .00        905.93
TOTAL PAID           4986.07         .00          .00         .00       4986.07
```

The Debtor's attorney, RICHARD E SEXNER          , was allowed $   3500.00
and was paid $    1176.00   direct and $    2324.00   through the plan.

The Trustee received $     409.13 .

Refunds to the Debtor totaled $    2076.90 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated:  03/12/09                  /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE